```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| LARRY DAVIS, * | |
| Plaintiff * | |
| vs. * | CASE NO. 4:05-CV-39 (CDL) |
| BOB POYDASHEFF, RALPH JOHNSON, * TERRI EZELL, and MUSCOGEE COUNTY * | |
| Defendants * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 26, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 29th day of June, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE